160 A.3d 253

David Frank CAMPEAU Jr., a Man in his Natural Capacity, Appellant

v.

Edward SANDERCOCK, as Prothonotary of the Court of Common Pleas of Wayne County of the Commonwealth of Pennsylvania; Ruth A. Vinton, as Civil Clerk/Bookkeeper of the Court of Common Pleas of Wayne County of the Commonwealth of Pennsylvania, Appellees

No. 95 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: May 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of May, 2017, the order of the Commonwealth Court is hereby **AFFIRMED.**